IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cou
Southern District of Texas
FILED
APR 1 0 2000
MICHAEL N. MILBY CLERK

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | C.A. NO. C-00-122 |
| | § | |
| HECTOR A. GARCIA | § | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this civil matter hereby waive their right to proceed before a district judge of the Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including final decision and entry of judgment. Any appeal shall be taken to the United States Court of Appeals for the Fifth Circuit, in accordance with 28 U.S.C. § 636(c)(3).

SIGNED BY PLAINTIFF: _____    SIGNED BY DEFENDANT: _____

M. H. Cersonsky
Attorney for United States

**ORDER OF REASSIGNMENT**

Upon the consent of the parties, it is hereby ordered that the Clerk of the Court assign the above-captioned matter to the Honorable B. Janice Ellington, United States Magistrate Judge, to conduct all further proceedings and the entry of final judgment in accordance with 28 U.S.C. § 636(c).

ORDERED this _____ day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

(Rev. 9/98)