AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL CASE**

*Plaintiff*   **V.**

CASE NUMBER:  **C-00-122**

HECTOR A. GARCIA,

*Defendant*

United States District Court
Southern District of Texas
FILED

TO: (Name and address of defendant)

APR 2 4 2000

HECTOR A. GARCIA
1600 East Main Street Suite #100
Alice, Texas 78332

Michael N. Milby, Clerk of Court

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

twenty (20)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

MAR 2 4 2000

CLERK

DATE

*Dana R. Ply*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | **DATE** April - 13 - 2000 |
| **NAME OF SERVER (PRINT)** Frank Gonzalez | **TITLE** Constable Jim Wells C. |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 1600 E. Main St. Suite #100 Alice, Tex. 78332

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Hector A. Garcia

☐ Returned unexecuted:_____

☐ Other (specify):_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-13-2000
_____
Date

Constable Frank Gonzalez
_____
Signature of Server

200 N. Almond Alice
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.