United States District Court
Southern District of Texas
ENTERED

JUL 14 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-122 |
| | § | (Claim No.C100-00153) |
| HECTOR A. GARCIA, | § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

ON THIS DAY, came on to be heard Plaintiff's, USA's, Motion to Dismiss claim Against Hector A. Garcia without Prejudice to USA's right to refile same, and after due consideration, the Court notes that Plaintiff's attorneys announced that all matters in controversy have been compromised and settled, and that said Motion should be GRANTED.

It is therefore, ORDERED, that this case be dismissed without prejudice, with all costs of Court and fees assessed against the party incurring same.

SIGNED July 13, 2000, at Corpus Christi, Texas.

_____
United States District Judge